IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JIMMY CASTRO, ) | |
| ) | Case No.: C 05-4771 CRB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CAPITAL RECOVERY SERVICE, L.L.C., ) | |
| ) | |
| Defendant. ) | |
| ) | |

NOTICE OF DISMISSAL WITH PREJUDICE

The plaintiff, Jimmy L. Castro, by counsel, Irving L. Berg, hereby gives notice pursuant to Rule 41 of the Federal Rules of Civil Procedure that this case is dismissed with prejudice. No class has been certified in this case, and therefore Rule 23(e) of the Federal Rules of Civil Procedure does not apply. Further, the defendant has not served an answer or motion for summary judgment, and therefore, dismissal does not require a court order, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated this 29th day of December, 2005.



Jan. 3, 2006

  /s/ Irving L. Berg
Irving L. Berg
BERG LAW GROUP
333 Town Center, PMB 493
Corte Madera, CA  94925
(415) 924-0742

ATTORNEY FOR PLAINTIFF